**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Erik Haapala,                                    Civil No. 11-3486 (RHK/AJB)

       Plaintiff,                           **DISQUALIFICATION AND**
                                                 **ORDER FOR REASSIGNMENT**

vs.

Bank of America, N.A., et al.,

       Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 2, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge